Opinion filed January 4, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed January 4, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00347-CR

                                                    __________

 

                               ANTWAN DUMOND LOUIS, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 42nd District Court

                                                          Taylor
County, Texas

                                                  Trial
Court Cause No. 22834-A

 



 

                                                                   O
P I N I O N

Antwan
Dumond Louis has filed in this court a motion to dismiss his appeal.  The
motion is signed by both appellant and his counsel.  The motion is granted, and
the appeal is dismissed.

 

PER CURIAM

 

January 4, 2008

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.